# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SHERYL COHEN,
    Plaintiff,

   v.	C.A. No. 18-380 WES

FGX INTERNATIONAL INC.,
et al.,
    Defendants.

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Text Order entered on March 28th, 2019 and the Memorandum of Decision entered on June 17th, 2019, both by this Court.

Enter:

/s/ Ryan H. Jackson

Deputy Clerk

Dated: June 25th, 2019